**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RICK ALAN DAVIDSON,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11486 (SMB) |
| JEFFERIES, LLC AND JEFFERIES GROUP, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>RICK ALAN DAVIDSON<br><br>                Defendant. | Adversary Proceeding<br><br>Case No. 19-1395 (SMB) |

**STIPULATION AND ORDER MODIFYING**
**CASE MANAGEMENT AND SCHEDULING ORDER**

**WHEREAS**, on May 7, 2019, Davidson filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") initiating his bankruptcy case (the "Bankruptcy Case");

**WHEREAS**, on November 6, 2019, the Court entered in the Bankruptcy Case an *Order Converting Chapter 11 Case to a Chapter 7 Case*;

**WHEREAS**, on November 11, 2019, Jefferies commenced the above-captioned adversary proceeding against Davidson by filing a *Complaint (I) to Declare Certain Debts Non-Dischargeable Under 11 U.S.C. § 523, and (II) Objecting to Discharge Under 11 U.S.C. § 727* (the "Adversary Proceeding");

**WHEREAS,** on February 5, 2020, the Court filed the Case Management and Scheduling Order (the "Order");

**WHEREAS,** on July 21, 2020, the Court entered a Stipulation and Order Modifying the Case Management and Scheduling Order to extend the Fact Discovery Deadline to November 3, 2020; and

**WHEREAS**, on October 29, 2020, the Court entered a Stipulation and Order Modifying the Case Management and Scheduling Order to extend the Fact Discovery Deadline to December 28, 2020;

**WHEREAS**, due to ongoing delays from the current COVID-19 pandemic, the parties require additional time to complete fact discovery and wish to extend the Fact Discovery Deadline to February 26, 2021;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

1. The Fact discovery Deadline shall be extended from December 28, 2020 to February 26, 2021.

2. A case management conference is scheduled for January 27, 2021 at 10:00 a.m. at which time the Court will address the outstanding discovery issues as set forth in the parties' letters [ECF Nos. 10, 11].

**SO ORDERED**: December 29, 2020

/s/ *Stuart M. Bernstein*
**HON STUART M. BERNSTEIN, U.S.B.J.**

**CONSENTED TO AND AGREED UPON:**

| | |
|---|---|
| _s/ Alan Brody_ | _s/ Brett Van Benthysen_ |
| Alan Brody, Esq. | Brett Van Benthysen, Esq. |
| Greenberg Traurig, LLP | Reitler Kailas & Rosenblatt LLC |
| 500 Campus Drive, Suite 400 | 885 Third Avenue, 20th Floor |
| Florham Park, New Jersey 07932 | New York, NY 10022 |
| brodya@gtlaw.com | bvanbenthysen@reitlerlaw.com |
| | |
| *Attorneys for Jefferies LLC and Jefferies Group, LLC* | *Attorneys for Rick Alan Davidson* |
| | |
| Dated: December 29, 2020 | Dated: December 29, 2020 |