Neal Brickman
The Law Offices of Neal Brickman P.C.
420 Lexington Ave., Ste 2811
New York, New York 10170
(212) 986-6840

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RICK ALAN DAVIDSON, | : | Case No. 19-11486 (SMB) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------X

| | | |
|---|---|---|
| JEFFERIES, LLC and JEFFERIES GROUP, LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adversary Proceeding |
| | : | Case No. 19-01395 (SMB) |
| RICK ALAN DAVIDSON | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------X

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE THAT Neal Brickman, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of Rick Alan Davidson and Nancy Stearns, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: January 26, 2021                                                Respectfully submitted,

**THE LAW OFFICES OF NEAL BRICKMAN, P.C.**

By:    */s Neal Brickman*
         Neal Brickman, Esq.
         420 Lexington Avenue, Suite 2811
         New York, New York 10170
         Tel: (212) 986-6840
         Attorneys for Rick Alan Davidson and Nancy Stearns