# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RICK ALAN DAVIDSON,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11486 (DSJ) |
| JEFFERIES, LLC AND JEFFERIES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RICK ALAN DAVIDSON,<br><br>Defendant. | Adversary Proceeding<br><br>Case No. 19-1395 (DSJ) |

## **ORDER**

**WHEREAS**, the above-referenced adversary proceeding has been pending since November 2019;

**WHEREAS**, after setting an initial case management schedule, the Court has granted a total of five on-consent extensions of time for the parties to complete discovery;

**WHEREAS**, in response to the most recent prior such request, the Court on May 26, 2021 granted an extension of the time to complete fact discovery until September 10, 2021, and scheduled a case management conference for September 21, 2021, but further ordered that "[n]o further extensions of time for discovery shall be granted absent a showing of diligent effort and good cause to allow additional time"; and

**WHEREAS**, the parties have now submitted a request for an additional fact discovery extension of more than three months, explaining only that "due to ongoing delays from the current

COVID-19 pandemic, the parties require additional time to complete fact discovery and wish to extend the Fact Discovery Deadline to December 17, 2021";

**IT IS HEREBY ORDERED THAT:**

1. The parties shall file a joint letter or other supplemental submission as early as is consistent with avoiding interference with the upcoming holidays, and no later than September 10, 2021, detailing whatever discovery has occurred to date, whatever discovery remains to be done, and the reasons for the parties' failure to complete fact discovery within the time provided by prior orders of the Court.

2. The Court anticipates that it will extend the current September 10 fact deadline at least briefly in light of the supplemental submission required by this Order upon the Court's receipt and consideration of the required submission.

**SO ORDERED**:

Dated: September 3, 2021
New York, New York

                *s/ David S. Jones*
                Honorable David S. Jones
                United States Bankruptcy Judge