**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RICK ALAN DAVIDSON,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19–11486 (DSJ) |
| JEFFERIES, LLC and<br>JEFFERIES GROUP, LLC,<br>     Plaintiffs,<br>v.<br><br>RICK ALAN DAVIDSON,<br><br>     Defendant. | Adversary Proceeding No. 19-1395 (DSJ) |

## CASE MANAGEMENT AND SCHEDULING ORDER

This Case Management and Scheduling Order is entered by the Court, following a Scheduling Conference held on August 15, 2023, in accordance with Fed. R. Civ. P. 16(b) and 26(f), made applicable to adversary proceedings pursuant to Fed. R. Bankr. P. 7016 and 7026.

It is hereby ORDERED as follows:

1. <u>Fact Discovery</u>: The fact discovery deadline shall be extended solely for the depositions of Lauri Scoran, as Plaintiffs' Rule 30(b)(6) corporate representative, and fact witness Frank Scheuer as follows:

 a. Lauri Scoran's deposition shall be held on September 26, 2023, between the hours of 9:00 a.m.-and 5:00 p.m., at Greenberg Traurig's New York City office.

 b. Frank Scheuer's deposition shall be held on a date agreed upon by the parties, but in no event later than September 26, 2023.

    c.    Except as set forth above, fact discovery is closed. Beyond the two depositions described in Paragraphs 1(a) and (b) above, the extension of the fact discovery deadline shall be for no other purpose, including other no other deposition, motion practice, filing or other demands for fact discovery. **No further extensions of time for fact discovery will be granted. [DSJ 8/16/2023]**

2.    <u>Expert Discovery</u>.

    a.    **All deadlines for expert discovery and dispositive motions set forth herein are subject to modification and possible shortening by the Court at or after a conference that will be conducted shortly after the close of fact discovery, as set forth in paragraph 5 of this Order. No dates later than those set forth in this Order shall be approved.** The deadline for Plaintiffs to identify their expert(s) and make expert disclosures pursuant to Rule 26(a)(2) shall be November 10, 2023. **[DSJ 8/16/2023]**

    b.    The deadline to depose Plaintiffs' expert(s) shall be December 18, 2023.

    c.    The deadline for Defendant to identify his expert(s) and make expert disclosures pursuant to Rule 26(a)(2) shall be February 8, 2024.

    d.    The deadline to depose Defendant's expert(s) and the close of expert discovery shall be March 11, 2024.

3.    <u>Dispositive Motions</u>. Subject to a parties' request for a pre-motion conference prior to the filing of a dispositive motions in accordance with Local Bankruptcy Rule 7056-1:

    a.    Dispositive motions, including motion(s) for summary judgment, shall be filed no later than April 18, 2024.

    b.    Any opposition to a dispositive motion shall be filed no later than June 3, 2024.

      c.      Replies in support of a dispositive motion shall be filed no later than July 10, 2024.

4.      In the event of a dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery issue, they shall promptly inform the Court by letter of the nature of the dispute and request a telephonic discovery conference. At the conference, the Court will ask the parties about their prior efforts to resolve the dispute.

5.      **The Court will hold a status conference on October 19, 2023 at 10:00 a.m. (Prevailing Eastern Time) via Zoom for Government. Those wishing to appear before the Court at the status conference must register their appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than October 18, 2023 at 4:00 p.m. (Prevailing Eastern Time). [DSJ 8/16/2023]**

6.      This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend any deadline established by this Order shall be made in a written application prior to the expiration of a deadline.

Dated:    August 16, 2023
             New York, New York

                                               *s/ David S. Jones*
                                            HONORABLE DAVID S. JONES
                                            UNITED STATES BANKRUPTCY JUDGE