UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RICK ALAN DAVIDSON,<br><br>               Debtor. | Chapter 11<br><br>Case No. 19–11486 (DSJ) |
| JEFFERIES, LLC and<br>JEFFERIES GROUP, LLC,<br>               Plaintiffs,<br>v.<br><br>RICK ALAN DAVIDSON,<br><br>               Defendant. | Adversary Proceeding No. 19-1395 (DSJ) |

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

This Case Management and Scheduling Order is entered by the Court, following a Scheduling Conference held on February 15, 2024, in accordance with Fed. R. Civ. P. 16(b) and 26(f), made applicable to adversary proceedings pursuant to Fed. R. Bankr. P. 7016 and 7026.

It is hereby ORDERED as follows:

1.     Fact Discovery:  The fact discovery is closed.

2.     Expert Discovery. Expert discovery is closed.

3.     Dispositive Motions.

        a.     Dispositive motions, including motion(s) for summary judgment, shall be filed no later than March 22, 2024.

        b.     Any opposition to a dispositive motion shall be filed no later than May 8, 2024.

c.      Replies in support of a dispositive motion shall be filed no later than May 31, 2024.

4.      The Court will hold a status conference on April 18, 2024 at 10:00 a.m. (Prevailing Eastern Time) via Zoom for Government.  Those wishing to appear before the Court at the status conference must register their appearance utilizing the Electronic Appearance portal located at the Court's website: [https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pt](https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pt). Appearances must be entered no later than April 17, 2024 at 4:00 p.m. (Prevailing Eastern Time). **If dispositive motions have been filed and the parties believe the April 18 conference would not be worthwhile, they may request cancellation of the conference.  [DSJ 2/29/2024]**

5.      This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown.  Any application to modify or extend any deadline established by this Order shall be made in a written application prior to the expiration of a deadline.

Dated: New York, New York
February 29, 2024

    *s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE