UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RICK ALAN DAVIDSON,<br><br>    Debtor. | Chapter 7<br><br>Case No. 19–11486 (DSJ) |
| JEFFERIES, LLC and<br>JEFFERIES GROUP, LLC,<br>    Plaintiffs,<br>v.<br><br>RICK ALAN DAVIDSON,<br><br>    Defendant. | Adversary Proceeding No. 19-1395 (DSJ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on October 10, 2024, at 10:00am, a Status Conference hearing shall be held in the above captioned Adversary Proceeding.

Dated: September 11, 2024
    New York, New York

                **THE LAW OFFICES OF**
                **NEAL BRICKMAN, P.C.**

                By: /s/ Jason A. Stewart
                  Jason A. Stewart, Esq..
                The Greybar Building
                420 Lexington Avenue, Suite 2811
                Tel: (212) 986-6840
                Email: jason@brickmanlaw.com

                *Attorneys for Rick Alan Davidson*