UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RICK ALAN DAVIDSON,<br><br>           Debtor. | Chapter 11<br><br>Case No. 19–11486 (DSJ) |
| JEFFERIES, LLC and<br>JEFFERIES GROUP, LLC,<br>           Plaintiffs,<br>v.<br><br>RICK ALAN DAVIDSON,<br><br>           Defendant. | Adversary Proceeding No. 19-1395 (DSJ) |

## AMENDED ORDER APPROVING SETTLEMENT AGREEMENT

Upon the Motion (the "Motion") of Rick Alan Davidson, the above-captioned debtor and Defendant ("Defendant"), by and through his counsel, The Law Offices of Neal Brickman, P.C., for entry of an Order pursuant to 11 U.S.C. § 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure: (i) authorizing and approving the Stipulation of Settlement Resolving Jefferies LLC's Claims Against Rick Alan Davidson (the "Stipulation of Settlement"), a copy of which is annexed to the Motion as Ex. A; ~~and the Court having conducted a hearing on the Motion on February __, 2025~~; and the Court having found that good and sufficient notice of the Motion has been provided; **and upon the Certificate of No Objection with regard to the Motion [Doc. No. 74];** and the Court having considered the moving papers and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order; **[DSJ 02/10/2025]**

It is on this 10th day of February, 2025, hereby

**ORDERED** that, the Motion is Granted; and it is further

**ORDERED** that, the Stipulation of Settlement is approved in full.

Dated: New York, New York
       February 10, 2025

                                        *s/ David S. Jones*
                                      HONORABLE DAVID S. JONES
                                      UNITED STATES BANKRUPTCY JUDGE